UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KIMBERLY LEWIS ROGERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:14-cv-1322 |
| ) | Judge Aleta A. Trauger |
| SOCIAL SECURITY ) | |
| ADMINISTRATION, ) | |
| ) | |
| Defendant. | |

## ORDER

The court hereby **VACATES** the referral to the magistrate judge. For the reasons set forth in the accompanying Memorandum, the plaintiff's Motion for Judgment on the Administrative Record (ECF No. 13) is **DENIED**, and the decision of the Social Security Administration is **AFFIRMED**.

This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

It is so ORDERED.

ENTER this 24th day of August 2017.

_____
ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE